| 200P07-5 | State v. Kenneth E. Robinson | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Halifax County | Dismissed |
|---|---|---|---|
| 200P16-2 | North Carolina State Bar v. Dianne Michele Carter El Bey v. State, et al. | Def's *Pro Se* Motion for Responsive Pleading Regarding Dismissal | Dismissed<br><br>**Ervin, J., recused** |
| 201P16 | State v. Timothy Wiley, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Jackson County | Dismissed |
| 203P16 | State v. Robert Lee Baker, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-723) | Denied |
| 204P16 | Matthew S. Lennon v. N.C. Department of Justice and the N.C. Department of Public Safety | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-660) | Denied |
| 207P16 | State v. Anthony Tyrone Brown | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-825)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 208P16 | State v. Joshua Earl Holloman | 1. State's Motion for Temporary Stay (COA15-1042)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/27/2016**<br><br>2. Allowed<br><br>3. Allowed |
| 209P16 | State v. Willie Bernard Melvin | Def's *Pro Se* Motion for PDR of the Order of COA (COAP16-139) | Dismissed |
| 210P16 | State v. Dale Patrick Martin | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-830)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied<br><br>2. Allowed |
| 214P16 | State v. Robert Thomas Pole | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, New Hanover County<br><br>2. Def's *Pro Se* Motion for the Appointment of Counsel | 1. Denied<br><br>2. Dismissed as moot |